**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4:25-CR-226-Y** |
| | § | |
| **CHRISTOPHER B. JUDGE (01)** | § | |

# DEFENDANT'S NOTICE OF EXPERT TESTIMONY

TO THE HONORABLE TERRY R. MEANS:

COMES NOW, Christopher B. Judge, the defendant, by and through his attorney of record, Assistant Federal Public Defender Joshua Rhodes, and hereby provides the following notice of expert testimony:

1. Steven D. Overby
   MBA, CFE, PI
   8700 Stonebrook Parkway #693
   Frisco, Texas 75034

Mr. Overby is currently the managing director and founder of Financial Crime Forensics LLC. Mr. Overby has a Bachelor of Arts in Economics and Finance from University of Texas at Dallas, a Master of Business Administration from both Carnegie Mellon University and the University of Lausanne. Mr. Overby was employed as a Special Agent with the Department of Labor for more than 6 years as well as employed as a Special Agent with the Federal Deposit Insurance Corporation ("FDIC") for 14 years. As an expert in financial forensics and fraud investigations, Mr. Overby is expected to testify that he performed an analysis of the movement of funds as alleged in the indictment. The defense expects Mr. Overby will testify about his findings resulting from his analysis. Mr. Overby has testified as an expert in civil and criminal trials in both state and federal courts. Mr. Overby is qualified as a fraud examiner and subject matter expert in financial crimes. Specifically, Mr.

Overby has provided consulting services and comprehensive financial crime forensic analysis to law firms and government agencies. His opinion is based upon his training and experience.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

*/s/Joshua Rhodes*
JOSHUA RHODES
Assistant Federal Public Defender
Texas Bar No. 24110272
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
Office: 817-978-2753
Fax: 817-978-2757
Joshua_Rhodes@fd.org

Certificate of Service

I, Joshua Rhodes, hereby certify that on December 17, 2025, I electronically filed the foregoing document using the ECF system of the United States District Court, Northern District of Texas. Pursuant to L. CRIM. R. 49.2(f), delivery of the automatically generated ECF notice constitutes service under FED. R. CRIM. P. 49(b) on the attorney(s) of record.

*/s/ Joshua Rhodes*
JOSHUA RHODES