AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 1 2026
CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES OF AMERICA

V.

RAQUELLE ANN JUDGE

## EXHIBIT AND WITNESS LIST

Case Number: 4:25-CR-226-Y (2)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TERRY R. MEANS | Mark McDonald, AUSA | DEREK D. BROWN, APPOINTED |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| SENTENCING 9/1/2026 | DEBBIE SAENZ | MICHELLE MOON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/1/2026 | X | X | 4/29/2026 Expert Opinion Report by Steven D. Overby of Financial Crime Forensics LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.